IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:04CR401 |
| v. | ) | |
| | ) | |
| AUGUSTIN SANCHEZ, | ) | |
| | ) | ORDER |
| Defendant. | ) | |

At the initial appearance and arraignment held yesterday, trial of this Omaha case was inadvertently set in Lincoln.

IT THEREFORE HEREBY IS ORDERED,

Trial is rescheduled to 9:00 a.m., November 28, 2005 before the Honorable Richard G. Kopf in the Special Proceedings Courtroom, Roman L. Hruska United States Courthouse, **Omaha**, Nebraska.  Jury selection will be held at commencement of trial.

DATED this 30th day of September, 2005.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge