IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:04CR401 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MEMORANDUM** |
| vs. | ) | **AND ORDER** |
| | ) | |
| AUGUSTIN SANCHEZ, | ) | |
| | ) | |
| Defendant. | ) | |

A conference call was held with counsel.

IT IS ORDERED that:

(1) The government's motion to continue trial (filing 13) is granted;

(2) Trial of this case before the undersigned United States district judge is continued to 9:00 a.m., Monday, January 23, 2006, as the number two criminal case, **in Lincoln, Nebraska**. Since this is a criminal case, the defendant shall be present unless excused by the court.

(3) The time between today's date and the new trial date is excluded under the Speedy Trial Act and in the interest of justice. See 18 U.S.C. § 3161(h)(1)(I)& (h)(8)(A)(B).

November 10, 2005.                    BY THE COURT:

                                      s/ *Richard G. Kopf*
                                      United States District Judge