```
          IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEBRASKA
```

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                            )<br>            Plaintiff,     )<br>                            )<br>       v.                   )<br>                            )<br>AUGUSTIN SANCHEZ,           )<br>                            )<br>            Defendant.      )<br>                            ) | 8:04CR401<br><br>ORDER |

   IT IS ORDERED:

   Defendant's motion to continue trial, filing 15, is granted and trial is continued to 9:00 a.m., March 6, 2006 before the Honorable Richard G. Kopf in Courtroom 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.  Jury selection will be held at commencement of trial.

   DATED this 18th day of January, 2006.

                                   BY THE COURT:

                                   s/ *David L. Piester*
                                   David L. Piester
                                   United States Magistrate Judge