IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:04CR401 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MEMORANDUM** |
| vs. | ) | **AND ORDER** |
| | ) | |
| AUGUSTIN SANCHEZ, | ) | |
| | ) | |
| Defendant. | ) | |

On the oral motion of the defendant, and without objection by the government,

IT IS ORDERED that:

(1)     Trial of this case as to Defendant Sanchez is continued to 9:00 a.m., Monday, May 15, 2006, before the undersigned United States district judge, as the number one criminal case, for three days, in Lincoln, Nebraska.  Since this is a criminal case, the defendant shall be present unless excused by the court.

(2)     The time between today's date and the new trial date is excluded under the Speedy Trial Act and in the interest of justice. See 18 U.S.C. § 3161(h)(1)(I)& (h)(8)(A)(B).

February 9, 2006.                    BY THE COURT:

                                     s/ *Richard G. Kopf*
                                     United States District Judge