```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04CR401 |
| | ) | |
| v. | ) | |
| | ) | |
| AUGUSTIN SANCHEZ, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

On the court's own motion,

IT IS ORDERED:

The hearing on the defendant's anticipated plea of guilty, currently scheduled for July 7, 2006 at 2:00 p.m., is re-scheduled to commence before the undersigned magistrate judge on the 7th day of July, 2006, at **1:00 p.m.**, in Courtroom No. 2, United States Courthouse and Federal Building, 100 Centennial Mall, North, Lincoln, Nebraska.

DATED this 22nd day of May, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge