IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:04CR401 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **JUDGMENT** |
| | ) | |
| AUGUSTIN SANCHEZ, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the memorandum and order entered this date,

JUDGMENT is entered for the United States of America and against Augustin Sanchez providing that Sanchez shall take nothing and his motion for relief under 28 U.S.C. § 2255 is denied with prejudice.

June 12, 2007.                                BY THE COURT:
                                              s/ *Richard G. Kopf*
                                              United States District Judge